FILED

14 MAR 19 AM 11: 46

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES T. CANTWELL, III, | ) | Case No. 3:13-cv-02872-WQH-BLM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| PRIDE ACQUISITIONS LLC, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that, pursuant to the Notice of Voluntary Dismissal (ECF No. 3) and Federal Rule of Civil Procedure 41(a), this action is DISMISSED WITH PREJUDICE.

Dated: ___3/18/14___

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

1

«F4»